Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★         ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00629-CV

**IN RE** George Roman **GARCIA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed: September 29, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On August 31, 2010, relator George Roman Garcia filed a petition for writ of mandamus, seeking to compel the trial court to rule on his petition for expunction of records pursuant to Chapter 55 of the Texas Code of Criminal Procedure. This court requested a response from the respondent and/or real party in interest, and on September 17, 2010 the respondent filed a response with this court. The respondent indicates that on September 16, 2010 relator was sent a letter explaining the trial court procedures to set his case and arrange for a telephone hearing on his motion. As a result,

---

[1] This proceeding arises out of Cause No. 2010-CI-05660, styled *Ex parte George R. Garcia*, in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.

the respondent contends the petition for writ of mandamus is now moot. We agree. Accordingly, relator's petition for writ of mandamus is DENIED AS MOOT. TEX. R. APP. P. 52.8(a).

PER CURIAM